UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORI GORDON,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C22-0382 TL

**ORDER GRANTING AMENDED MOTION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** Plaintiff's amended *in forma pauperis* motion, Dkt. 3, and **ORDERS**:

(1)    Plaintiff shall be issued summonses.

(2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 6th day of April, 2022.

Tana Lin
United States District Judge

ORDER GRANTING AMENDED MOTION
TO PROCEED IN FORMA PAUPERIS - 1