UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI GORDON,<br><br>                Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C22-0382 TL<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including August 12, 2022, to file a response to Plaintiff's Complaint, including the certified administrative record.

DATED this 10th day of June 2022.

*[signature]*

Tana Lin
United States District Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE ANSWER - 1